# RICHARD J. MA, ESQ.

20 Vesey Street, Ste. 400
New York, New York 10007
Tel. (212) 431-6938
Fax. (212) 964-2926
E-mail: richardmaesq@yahoo.com

March 12, 2020

*Via ECF*
The Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

March 13, 2020

Re:    *United States v. John Lytle*
       16 Cr. 471 (WHP)

Dear Judge Pauley:

As Your Honor is aware, I am counsel to Mr. John Lytle, the defendant in the above-referenced matter, appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.  This correspondence is submitted to respectfully request that the Court enter an Order directing Pretrial Services to return Mr. Lytle's passport.

Mr. Lytle's passport was seized at the time of his arrest.  It is the policy of Pretrial Services to return a seized passport to the issuing department unless the Court orders its return.  As Mr. Lytle was sentenced earlier today, I respectfully submit that the passport should be released to him at this time.

For the reasons stated herein, we respectfully request that the Court grant this application ordering the return of defendant John Lytle's passport to Mr. Lytle's possession.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Richard J. Ma

Richard J. Ma, Esq.
Counsel to John Lytle

cc via e-mail:  A.U.S.A. Jonathan Rebold