UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA, :

    -against- : S1 16 Cr. 474 (WHP)

JOHN LYTLE : ORDER

               Defendant. :
-----------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The Clerk of Court is directed to unseal the guilty plea proceedings, the S1 information, and the associated docket entries for defendant John Lytle under 16 Cr. 471 (WHP).

Dated: March 12, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.